Laurence F. Padway (Bar No. 89314)
THE LAW OFFICES OF LAURENCE F. PADWAY
2911 Lincoln Avenue
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorney for Plaintiff
ELGIN K. COX

Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | Case No. C 16-04675 SBA <br><br> **STIPULATION CONTINUING BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS OF FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER** <br><br> Judge: Hon. Saundra Brown Armstrong |

TO THIS HONORABLE COURT:

Plaintiff Elgin K. Cox ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Unum Life')(collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

178250.1

1

Case No. C 16-04675 SBA
STIPULATION CONTINUING BRIEFING AND
HEARING SCHEDULE; ORDER

LAW OFFICES
**MESERVE.**

1     WHEREAS, on November 9, 2021, the Court set a briefing schedule for the Parties' FRCP 51(a) cross-motions on the issues identified by the Ninth Circuit (Dkt. 81);

    WHEREAS, the current briefing schedule is as follows:

- Simultaneous Opening Briefs:    January 18, 2022
- Simultaneous Responsive Briefs:    February 8, 2022
- Hearing on Motion:    March 8, 2022 @ 2:00 p.m.

    WHEREAS, the Parties continue to conduct discovery, including the deposition of Nancy Minor, which has been set for January 19, 2022;

    WHEREAS, the Parties have been meeting and conferring with regard to discovery issues raised in connection with Unum Life's production of documents, which may require a discovery motion; and

    WHEREAS, counsel for both Parties have met and conferred, and agreed upon a revised schedule, which takes in to account these discovery issues and the calendars of both counsel;

    IT IS HEREBY STIPULATED by and between Plaintiff and Unum Life, by and through their respective attorneys of record, that with the Court's permission the briefing and hearing schedule be continued and adopted as follows:

- Simultaneous Opening Briefs:    February 22, 2022
- Simultaneous Responsive Briefs:    March 22, 2022
- Hearing on Motion:    April 12, 2022 @ 2:00 p.m.

**IT IS SO STIPULATED**.

Dated: January 11, 2022    LAW OFFICE OF LAURENCE F. PADWAY
Laurence F. Padway

By:    */s/ Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff
ELGIN K. COX

Dated: January 11, 2022

Nicole Y. Blohm
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP


By: ____*/s/ Kristin Kyle de Bautista*____
Kristin Kyle de Bautista
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## **FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document

## **ORDER**

The Court, having reviewed the Stipulation to Continue the Briefing and Hearing Schedule, finds good cause exists to enter an Order approving the Stipulation.

IT IS HEREBY ORDERED that the briefing schedule for the Parties' FRCP 51(a) cross-motions on the issues identified by the Ninth Circuit (Dkt. 81) is as follows:

- Simultaneous Opening Briefs:      February 22, 2022
- Simultaneous Responsive Briefs:   March 22, 2022
- Hearing on Motion:                April 12, 2022 @ 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 19, 2022

_____ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Judge

3

Case No. C 16-04675 SBA
STIPULATION CONTINUING BRIEFING AND
HEARING SCHEDULE; ORDER

178250.1

LAW OFFICES
**MESERVE.**